**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Julie Field**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

DISTRICT COURT, LARIMER, COLORADO
Court Address: Larimer County Justice Center
201 LaPorte Ave., Suite 100
Fort Collins, Colorado 80521
Phone Number: (970) 498-6100

EFILED Document
CO Larimer County District Court 8th JD
Filing Date: Jul 29 2011 3:49PM MDT
Filing ID: 38999737
Review Clerk: Sean Slagle

**Plaintiff:** William Kunzman

**Defendants:** Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4; Deborah A. Morgan, as Public Trustee of Larimer County, Colorado.

Δ COURT USE ONLY Δ

Case No. 11 CV 1387

Ctrm.: 3B

## ORDER RE: PRELIMENARY INJUNCTION

THE COURT, having reviewed the Verified Complaint and Verified Motion of Plaintiff, William Kunzman, finds as follows:

1. Plaintiff has filed a Verified Complaint and his Motion for a Temporary Restraining Order has previously been granted by this Court.

2. Plaintiff is the owner of real property located in Larimer County, Colorado, described as Lot 22, "Cushman's Lakeview Development", Second Filing, County of Larimer, State of Colorado, together with all appurtenances. The property has a street address of 4317 Ann Street, Fort Collins, CO 80526.

3. Defendant Deutsche Bank National Trust Company (Deutsche Bank) holds a promissory note secured by a Deed of Trust on the Property. Deutsche Bank asserts it is the real

1

EXHIBIT E

party in interest and the lawful holder of the Note and Deed of Trust on Plaintiff's property.

4. Defendant Deutsche Bank initiated a foreclosure and sale of Plaintiff's real property pursuant to Rule 120, C.R.C.P, in April 2011. A hearing was had on the Defendant's Rule 120 motion and the court therein signed the Order Authorizing Sale. The public trustee sale has been continued by Defendant Duetsche Bank and is currently scheduled for August 24, 2011.

5. The Plaintiff has demonstrated a likelihood of succeeding on the merits of his Complaint.

6. Plaintiff will suffer immediate, permanent, and irreparable harm if the Temporary Restraining Order is not continued and a preliminary injunction entered. Plaintiff will lose his residence along with the equity therein after 13 years of ownership.

7. Plaintiff is without adequate and speedy remedy at law and is in substantial need of immediate protection.

8. The balance of the equities favors the injunction. The damage to Plaintiff will greatly outweigh the harm to Defendant if Defendant's actions are not restrained.

9. A preliminary injunction will preserve the *status quo*, pending a trial on the merits and will not disserve the public because no harm will come to the parties.

11. The Court finds adequate service to Defendants Deutsche Bank and the Larimer County Public Trustee.

Therefore, pursuant to C.R.C.P. 65, the Court ORDERS:

a. That a preliminary injunction will enter effective until the date of trial on the merits in this case, or further order of the Court, hereby enjoining the Public Trustee of Larimer County, Colorado from selling Plaintiff's real property.

b. The Public Trustee of Larimer County is directed to withdraw the real property

from the Public Trustee's sale currently scheduled for August 24, 2011 and to cancel the pending sale of Plaintiff's real property until further order of the Court.

SO ORDERED.

Dated: _____

                              BY THE COURT

                              _____
                              DISTRICT COURT JUDGE

from the Public Trustee's sale currently scheduled for August 24, 2011 and to cancel the pending sale of Plaintiff's real property until further order of the Court.

SO ORDERED.

Dated: _____

                              BY THE COURT

                              _____
                              DISTRICT COURT JUDGE

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Larimer County District Court 8th JD |
| **Judge:** | Julie Kunce Field |
| **File & Serve Transaction ID:** | 38972886 |
| **Current Date:** | Jul 29, 2011 |
| **Case Number:** | 2011CV1387 |
| **Case Name:** | KUNZMAN, WILLIAM vs. DEUTSCHE BANK NATIONAL TRUST COMPANY et al |

/s/ **Judge Julie Kunce Field**